| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David G Epstein SBN 84356<br>The David Epstein Law Firm<br>PO Box 4858<br>Laguna Beach, CA 92651<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>Mountain Vista Holdings LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-12479-ES<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____    _____
                                 Signature of Debtor 1

Date: _____    _____
                                 Signature of Debtor 2 (joint debtor) (if applicable)

Date: 10/26/2021                 /s/ David G Epstein_____
                                 Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                F 1007-1.MAILING.LIST.VERIFICATION